**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

FILED
U.S. DISTRICT COURT
DISTRICT ARKANSAS
OCT 26 2004
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION**

CASE NO. 4:04CV1251 SWW

I.   Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.   Name of plaintiff: Joshua Hale
     ADC # 131017

     Address: Tucker Unit, P.O. Box 240, Tucker AR. 72168

     Name of plaintiff: _____
     ADC # _____

     Address: _____

     Name of plaintiff: _____
     ADC # _____
     Address: _____

This case assigned to District Judge Wright
and to Magistrate Judge Ray

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.   Name of defendant: Doctor Phillip Stone

     Position: Emergency Room Doctor

     Place of employment: Conway Regional Health System

     Address: 2302 Colleg, Conway AR. 72034

     Name of defendant: Jane-doe, nurse

     Position: Emergency Room nurse.

Place of employment: Conway Rigional Health system

Address: 2302 colleg, Conway AR 72034

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☑ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___ No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

Defendants: _____

_____

☐ Court (if federal court, name the district; if state court, name the county): _____

☐ Docket Number: _____

☐ Name of judge to whom case was assigned: _____

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐ Approximate date of filing lawsuit: _____

☐ Approximate date of disposition: _____

IV. Place of present confinement: _____

_____

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

\_\_\_\_\_ in jail and still awaiting trial on pending criminal charges

__X__ serving a sentence as a result of a judgment of conviction

\_\_\_\_\_ in jail for other reasons (e.g., alleged probation violation, etc.) explain: _____

_____

VI. There is a prisoner grievance procedure in the Arkansas Department of Corrections. Failure to complete the grievance procedure may affect your case in federal court.

A. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes ____   No ____

B. If your answer is YES, attach copies evidencing completion of the final step of the grievance appeal procedure. FAILURE TO ATTACH THE REQUIRED

3

COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.

C.  If your answer is NO, explain why not: _____

_____

VII.  Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need.  Attach extra sheets if necessary.)

Plintiff chaiming Grosly negligent, Ignorent mailpractice, and deliberate Indifference Doctur Phillip Stone and nurse Jane-doe. was negligent and Intinded to cause their Patient Harm. By deliberatly (spitting) in the wound of their patient and then soering-up, or clossing-up the wound, then Refeusing to give any kind of medication to fight off any Infection. And Treating the Plaintiff with such cruelty, violates the Arkansas medical practies act of unproffissional conduct. A Pre-Trail detainee has not lost his constitutional Rights Just Because he can not afford Bail, and should not Be Treated with Indiffrence. The Failur to Exercies the same degree and skill and mamal-Trust That their profission calls for. I go on to state →

4

## FACTS.

On (08-20-03) The Plaintiff Joshua Hale was brought in to Conway Regional Health System, Emergency Room for deep cuts on which required sutured-up. Doctor (Phillip Stone) and nurse Jane Doe, who assisted him, came in and began attending to my wounds. Doctor Stone asked officer Harvill, what ded I do to get these wounds. Officer told him, and the person to whom supose to be the victim. To which every one seem to have known. And that I broak in to these people's house to rape them and do harm. All whi was false, yet Emideatly up on hearing this, Doctor Stone and Jane-doe, became very crule and abusive. Remarks aboot me was made. About me By both Doctor Stone and nurse Jane-doe, while my Emideate medical needs was Egnord. I was given nothing for pain. A painfull shoot was given to my wound. I was being snached on, instead of being asked to move here or there. I also hurd nurse Jane-doe ask officer Harvill ded he wont her to shoot a Buble in my arm, that will kill that Black son of a Bitch. When she came back in I asked her, saying, you are talking about killing me. She said that it was the other nurse, and not her. Then Doctor-Stone and officer Harvill came back in. And began degreeding and belittlering me again. I told Doctor Stone that, if he wassent going to stich me up. Then I will do it my self. I could see plainly, I was not under achool drugs, nor was I dezzy. I was very aware.. I saw nurse Jane Doe— bend down. I hurd her caugh. She dent have any face mask on, and I was telling her about that. But she kep telling me of how long she had been working there. And how long she's been delling with my kind. She caughed and bent down. I thought she coughed in the Doctor's face.

It wassent tell two weeks letter, that I found out that one of them (spit) in my wound. And the Doctor knowing this. Just went

(5)

octor's knowing This Just. went Right on soeing me up. suturearm my Hand And Refeusd To Give me medication For Pain or Infection. I asked why wassent I Given any medication he said That He dent give. my kind any meds Then He Told The officer Hnevill To Take me out of There..

### FACTs/Evidence

on (08-30-03) I was Taken Back To The Hospital Because my Hennd had set-up An infection. I was Taking To The Emergency Room About :00 P.m of The Sameday. Doctor Robert) Took one Look AT my Hand and said That I have To Go for a Emergency Surgery Right nown. He said. And I was Preped.. made Ready For Surgery I was Taken up and operated on.. After Surgery. Doctor (Tom Roberts). Told me He had Removed From my Hand. out of The Inside of my wound. A Large Amount of Sahver. he said who Ever Put iT in your Hand. Had Step-Throat. he cald iT Streptococcus. pyogenes iT was ovious To me what Had Happin. Sents The only way That. That could have Gatten in my hand.. iT would Be at The Time That he. The doctor was clossing up The wound.... There is no other way That.. That Amount of salaver could of Gatten on The inside of my Hennd. other Then AT The Time of Them clossing my Hennd-up

## Claims For Relief

The action of doctor Stone. and nurse Jane-doe. were done maliciously and sadistically. and cruel treatment, violation of The constitution.. And by not Exercising That degree of skills and Judgement in Treatment of the patient with the moral Trust and confidence dem and's. violating the Arkansas medical Practices Act of unprofissional conduct. K I was actually assulted intenually. This constituted deliberat indifferance. They wer negligence, careless, and Intended to ause me. Their patient harm.

To assulted a patient that was Trusted In their care. medical-care was provieded but it was inadequate. Even though he put in on his paper. There is no other Record. or any one else That was emformed. To Give me medication. At any time. Which any frist year med student know's That you must give your patient something for Infection when they have a open wound I made three or four malpracties in this case.

This was a unnessary cruity.

This crul and unusual punishment clause of the ammedment proscribes more then physically barbarous act. That the Amendment Embodies broad and Idealistic concepts of dignity, civilised — Standards of humanity. and decency. Against which penal Measures must be evaluated.

It is beyound a doubt That the plaintiff can prove such sets of facts. In support of my claim. which would entitle me to Relief.

(5)

VIII.  Relief

<u>State briefly exactly what you want the court to do for you.</u>  Make no legal arguments. Cite no cases or statutes.

Plaintiff seeks unspecified amount in damages

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this  18  day of  Oct , 20 04 .

Josh Hale
Tucker Unit
P.O. Box 240, Tucker AR. 72168
Signature(s) of plaintiff(s)